IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL WALKER, <br><br>Plaintiff. <br><br>v. <br><br>TRANSFORMCO PROPERTIES AND EXPRESS SERVICES, INC, <br><br>Defendant. | Case No. 1:23-cv-01310 <br><br>Hon. Lindsay C. Jenkins |

## JOINT INITIAL STATUS REPORT

Plaintiff, Crystal Walker ("Plaintiff"), and Defendant, Express Services, Inc., ("Defendant"), through their respective counsel, submit the following joint initial status report:

1. **Nature of the Case**
   **A. Attorneys of Record**:

   Alexander Taylor, Esq
   Sulaiman Law Group LTD.
   2500 S. Highland Avenue, Suite 200
   Lombard, Illinois 60148
   Phone (630) 575-8181
   ataylor@sulaimanlaw.com
   *Attorneys for Plaintiff*

   Tobias Schlueter (ARDC No. 6278392)
   Abigail Wallach (ARDC No. 6341788)
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

   155 N. Wacker Drive, Suite 4300
   Chicago, IL 60606 Telephone: 312.558.1220 Facsimile: 312.807.3619
   tobias.schlueter@ogletree.com
   abbey.wallach@ogletree.com

   *Attorneys for Defendant*

   **B. Status of Service**

   Defendant Express Services has been Served and has answered the Complaint. Defendant Transformco Properties has not responded to the Summons and Alias Summons.

   **C. Basis for Federal Jurisdiction**

8693144v1

Plaintiff contends that this Court has subject matter jurisdiction over its Title VII claims pursuant to 28 U.S.C. §1331.

### D. Nature of the Claims

This lawsuit arises under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq.* ("Title VII") for alleged sex-based harassment and Retaliation.

### E. Major Legal and Factual Issues

i. Whether the alleged conduct was unwelcome;
ii. Whether the work environment was objectively and subjectively offensive;
iii. Whether the alleged harassment complained of was based on gender;
iv. Whether the alleged conduct was either severe or pervasive;
v. Whether there is a basis for employer liability;
vi. Whether there was a materially adverse action taken by the employer motivated by unlawful discrimination;
vii. Whether Plaintiff was damaged; and
viii. Whether Plaintiff mitigated any damages.

### F. Relief Sought

Plaintiff seeks:
i. Back pay and benefits;
ii. Interest on back pay and benefits;
iii. Front pay and benefits;
iv. Compensatory damages for emotional pain and suffering;
v. Pre-judgment and post-judgment interest;
vi. Injunctive relief;
vii. Liquidated damages;
viii. Punitive damages;
ix. Reasonable attorneys' fees and costs; and
x. Any other relief this Court may deem just and equitable.

Defendant is not seeking damages in this matter but will seek attorneys' fees and costs as permitted by law.

## 2. Case Plan

### A. Pending Motions

There are no pending motions.

**B. State whether any defendant anticipates responding to the complaint by motion and, if so, the basis for the intended motion**:

Defendant Express Services, Inc. filed its Answer to the Complaint on March 31, 2023.

**C. Proposed Discovery Plan**
   i. Written and oral discovery will be needed, including employment documents related to Plaintiff and the alleged harasser, employment policies and trainings, text messages, other electronic communications, witness statements, police reports, and damages-related discovery.
   ii. Discovery may encompass a limited amount of electronically stored information (ESI). The parties have agreed to electronic service and do not anticipate any issues regarding disclosure or discovery of ESI.
   iii. At this time, there are no issues or specific agreements regarding claims of privilege or protection of trial preparation materials, except that the parties desire that the Court enter an order regarding a procedure to assert such claims after production pursuant to Federal Rule of Evidence 502(d). The parties anticipate submitting to the Court a proposed Confidentiality Order, which will be based on the Model Confidentiality Order under Form LR 26.2.
   iv. Fed. R. Civ. P. 26(a)(1) Disclosures to be exchanged on or before: **May 25, 2023.**
   v. Plaintiff issued written Discovery Requests to Defendant Express Services, Inc. on **April 19, 2023.**
   vi. Defendant plans to serve written discovery requests on Plaintiff during the week of April 24, 2023.
   vii. At this time, the parties are unsure about the need for expert discovery and request a status hearing near the completion of fact discovery to advise the Court whether expert discovery is needed.
   viii. The parties do not request any changes be made to the limitations on discovery imposed under the Federal Rules of Civil Procedure or the requirements of the Local Rules of the Northern District of Illinois.
   ix. Deadline for the close of discovery: **November 17, 2023**.

8693144v1

    **x.** Deadline to file any dispositive motions: **January 4, 2024**.

  **D.** Plaintiff demands a jury trial. The parties estimate 4 to 5 days for the length of the trial.

3. **Settlement**

    **A.** The parties have engaged in preliminary settlement discussions.

    **B.** Plaintiff believes that a settlement conference would be productive at this time.

4. **Consent to Proceed Before a Magistrate Judge**

    **A.** Counsel has informed their respective clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes, including trial and entry of final judgment, and the parties do not unanimously consent to that procedure.

Dated: April 25, 2023                        Respectfully submitted,

*s/ Alexander Taylor*
Alexander Taylor, Esq
Sulaiman Law Group LTD.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 575-8181

ataylor@sulaimanlaw.com

*Attorneys for Plaintiff*

Tobias Schlueter (ARDC No. 6278392)
Abigail Wallach (ARDC No. 6341788)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. 155 N. Wacker Drive, Suite 4300 Chicago, IL 60606 Telephone: 312.558.1220
Facsimile: 312.807.3619
tobias.schlueter@ogletree.com
abbey.wallach@ogletree.com

*Attorneys for Defendant*

8693144v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of April, 2023, a true and correct copy foregoing has been provided via electronic mail and/or via U.S. mail to following:

Tobias Schlueter (ARDC No. 6278392)
Abigail Wallach (ARDC No. 6341788)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
Facsimile: 312.807.3619
tobias.schlueter@ogletree.com
abbey.wallach@ogletree.com

*Attorneys for Defendant*

                                                                              /s/ *Alexander Taylor*
                                                                              **Alexander Taylor, ESQ.**

8693144v1